UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FERRIN MOORE,<br><br>      Plaintiff,<br><br>      v.<br><br>DAN BROUILLETTE, Secretary,<br>U.S. Department of Energy,<br><br>      Defendant. | Civil Action No. 20-1060 (CKK) |

### **[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment, and for the reasons set forth therein, it is, this ___ day of _____, 2020,

ORDERED that the motion is GRANTED; and it is further

ORDERED that the Complaint is DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE